# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kanisha Monique Latrice Erwin, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00209-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Sam Wilcox II, et al. | ) | |
| , | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2018 Order.

April 26, 2018

_____

Frank G. Johns, Clerk
United States District Court